UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL BROWN, JR.,

    Plaintiff,

v.

NICOLE MOORE,

    Defendant.

_____/

Case No. 24-13393

Hon. F. Kay Behm
Hon. Curtis Ivy, Jr.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 12, 2025, Magistrate Judge Curtis Ivy, Jr., issued a report and recommendation proposing that the court deny Plaintiff's motion for summary judgment without prejudice. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Ivy's analysis and conclusions.

Therefore, it is **ORDERED** that Magistrate Judge Ivy's report and recommendation (ECF No. 25) is **ACCEPTED** and **ADOPTED** as the order of the court.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 16) is **DENIED WITHOUT PREJUDICE** as premature.

**SO ORDERED.**

Dated: July 8, 2025                                   s/F. Kay Behm
                                                                                        F. Kay Behm
                                                                                        United States District Judge