UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL BROWN, JR., <br>                     Plaintiff, <br> v. <br><br> NICOLE MOORE, <br>                     Defendant. <br> _____/ | Case No. 24-13393 <br><br> F. Kay Behm <br> United States District Judge <br><br> Curtis Ivy, Jr. <br> United States Magistrate Judge |

### ORDER GRANTING IN PART PLAINTIFF'S MOTIONS TO COMPEL (ECF Nos. 42, 45)

On September 15 and 18, 2025, Plaintiff filed identical copies of a motion to compel production of documents. (ECF No. 42, 45). He seeks records, transcripts, recordings, and communications used in the state criminal proceeding that form the basis of this lawsuit. (ECF No. 42, PageID.165). He also wants evidence and communications given to Defendant Moore as well as telephone records and communications between Defendant and a witness in the criminal proceedings. (*Id.* at PageID.166).

Plaintiff's motions are **DENIED** in substantial part. If Plaintiff seeks documents from Defendant, he must send Defendant's attorney a request for production of documents under Federal Rule of Civil Procedure 34. He cannot serve requests by filing them on the docket. If Plaintiff wants documents from

someone other than Defendant, then he must serve a subpoena for those documents on the third party he believes has possession of the documents under Rule 45.

Part of the relief Plaintiff requests is for the Clerk's Office to issue subpoenas. This request is **GRANTED**. The Court will mail Plaintiff three blank subpoenas. If he needs more than three, he can file a request for additional forms. When he receives the blank forms, Plaintiff needs to fill them out with the required information and mail them back to the Court if he wants the United States Marshals Service to serve them. The filled-out forms must be mailed to:

> United States District Court
> Attention: Sara Krause
> 600 Church Street
> Flint, MI 48502 Rm. 112

Finally, Plaintiff cannot move to compel Defendant or a third party to respond to discovery requests or a subpoena until they have been served with the requests and given the required 30 days to respond to the requests. For Plaintiff's reference, motions to compel are governed by Fed. R. Civ. P. 37.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which

the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.

Date: October 9, 2025
                s/Curtis Ivy, Jr.
                Curtis Ivy, Jr.
                United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on October 9, 2025.

                s/Sara Krause
                Case Manager
                (810) 341-7850